IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 18-41778 |
| | ) | |
| TIMOTHY M. ADY, SR. | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | Chief Judge Russ Kendig |

**NOTICE OF CHAPTER 13 PLAN**

Debtor, Timothy M. Ady, Sr., served his Chapter 13 Plan (docket 19) on 2/15/2019 to Ally Financial.

**Your claim may be reduced, modified, or eliminated or otherwise affected by the debtor's Chapter 13 Plan. You should read the Chapter 13 Plan carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to CONFIRM THE CHAPTER 13 PLAN, then on or before **March 9, 2019,** you or your attorney must:

File with the court an objection to confirmation of the Chapter 13 Plan at:

> Clerk of Court
> United States Bankruptcy Court
> 10 East Commerce Street
> Youngstown, Ohio 44503

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it before the date stated above.

You must also send a copy to:

Andrew W. Suhar, Esq. at P.O. Box 1497, Youngstown, OH 44501-1497

Michael A. Gallo, Chapter 13 Trustee at 5048 Belmont Ave., Youngstown, OH 44505

Attend the hearing on Confirmation of the Chapter 13 Plan scheduled to be held on **March 14, 2019 at 2:00 p.m.** (the "Hearing") at the United States Bankruptcy Court, 10 East Commerce Street, Youngstown, Ohio.

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the confirmation of the Chapter 13 Plan.

Dated: 2/15/2019

**SUHAR & MACEJKO, LLC**

By: /s/ Andrew W. Suhar
Andrew W. Suhar, Esq. (#0058419)
29 E. Front St., 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497
Telephone: (330) 744-9007
Facsimile: (330) 744-5857
E-mail: asuhar@suharlaw.com

Attorney for the Debtor

2